UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

Plaintiff,

-against-

VALERIE ROSANO,

Defendant.

25-CV-616 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Since the Court dismissed this case for lack of subject matter jurisdiction on April 15, 2025, *see* ECF No. 67, Plaintiff has filed several proposed orders. ECF Nos. 73, 74. Defendant has also filed a request to seal the docket out of concern for her safety and well-being and the safety of her children. ECF No. 76. This Order addresses these filings.

First, Plaintiff is directed to cease filing motions and requests in this closed action.

Second, it appears that the information that Defendant is concerned about is already sealed at ECF No. 49 (Declaration in Support of Defendant's Motion to Dismiss). This declaration will remain sealed. However, the request to seal the entire docket is denied. If Defendant wishes to redact other items on the docket, Defendant should file a letter specifying which items and which portions she is requesting to be redacted, and why those items and portions should be redacted.

Dated: April 28, 2025
    New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge